John McGowan, Appellant, v. The City of New York, Respondent.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

User S. Askenas and Another, Appellants, v. Harris & Reichard Fur Dyers, Inc., Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Emanuel Bergman, Respondent, v. Mike C. Berg and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Ruth Brown, Respondent, v. Louis Grossberg, Also Known as Lloyd Grossberg, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

The People of the State of New York, Respondent, v. Samuel Todtman, Appellant.— Judgment reversed, the information dismissed and the defendant discharged, on the ground that the proof is insufficient to sustain the charge. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Dowling, P. J., and Finch, J., dissent.

Lee Miller, Respondent, v. Printz Garage, Inc., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Easo Abdo, Respondent, v. George Chambart and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Carman & Company, Respondent, v. Rivervale Laundry, Inc., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Bessie Goldish, as Administratrix, etc., of Albert Goldish, Deceased, Respondent, v. Joseph Supel, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Relsom Realty Corporation, Appellant, v. Joseph Alexander, Respondent. — Judgment [entered February 15, 1930] and order of February 13, 1930, reversed, with costs, and motion denied, with ten dollars costs, on the ground that there are issues of fact to be tried. Appeal from order entered February 21, 1930, dismissed. Present — Dowling, P. J., Merrell, Finch, O'Malley and Sherman, JJ.

Gussie Blumenfeld, Respondent, v. Jacob Kaminsky and Another, Appellants. — Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Sherman, JJ.

The People of the State of New York, Respondent, v. Frank Rocco, Alias Volachi, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Sherman, JJ.

Ethel Ellisberg, Appellant, v. William Rabinowitz, Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Sherman, JJ.